UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Patricia Hall-Cloutier,

    Plaintiff

v.                                                     Civil Case No. 1:17-cv-00491

SIG SAUER, Inc.,

    Defendant

## DISCLOSURE STATEMENT OF DEFENDANT SIG SAUER, INC.
## LOCAL RULE 7.5

☒     The filing party, a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

        Sig Sauer US Holding LP

☐     The filing party, a partnership, identifies the following parent corporation and any publicly held corporation that owns 10% or more of the corporate partner's stock:

☐     The filing party, a limited liability company (LLC), identifies the following parent corporation and any public corporation that owns 10% or more membership or stock interest in the LLC:

☐     The filing party identifies the following publicly held corporations with which a merger agreement exists:

☐     The filing party has none of the above.

                                Respectfully Submitted,
                                SIG SAUER, INC.,
                                By its attorneys,
                                JACKSON LEWIS P.C.,

Date:  October 16, 2017        By:    /s/Martha Van Oot
                                        Martha Van Oot, NHBA #963
                                        100 International Drive, Suite 363
                                        Portsmouth, NH 03801
                                        603.559.2700
                                        martha.vanoot@jacksonlewis.com

<u>Certificate of Service</u>

  I hereby certify that the foregoing was this day served via Conventional Filing on counsel for Plaintiff: John P. Sherman, Esq., Sherman Law, PLLC, 155 Fleet Street, Portsmouth, NH, 03801.

Date: October 16, 2017        /s/Martha Van Oot
                   Martha Van Oot