UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Patricia Hall-Cloutier,

    Plaintiff

v.                                            Civil Case No. 1:17-cv-00491

SIG SAUER, Inc.,

    Defendant

## NOTICE OF APPEARANCE OF COUNSEL

To:     The Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

### SIG SAUER, INC.

Respectfully Submitted,

Date: October 16, 2017         By:    /s/Samuel V. Maxwell
                                                           Samuel V. Maxwell, NHBA #269007
                                                           JACKSON LEWIS, P.C.
                                                           100 International Drive, Suite 363
                                                           Portsmouth, NH 03801
                                                           603.559.2734 | Direct
                                                           samuel.maxwell@jacksonlewis.com

### Certificate of Service

    I hereby certify that the foregoing was this day served via Conventional Filing on counsel for Plaintiff: John P. Sherman, Esq., Sherman Law, PLLC, 155 Fleet Street, Portsmouth, NH, 03801.

Date: October 16, 2017                                           /s/Samuel V. Maxwell
                                                                       Samuel V. Maxwell