UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Patricia Hall-Cloutier,

    Plaintiff

v.                        Civil Case No. 1:17-cv-00491

Sig Sauer, Inc.,

    Defendant

## DEFENDANT'S ADDENDUM TO
## MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

In response to the Court's correspondence on October 24, 2017, Defendant Sig Sauer ("Sig Sauer") files this addendum with the Court. Attorney John Sherman, counsel for Plaintiff, has been contacted and does not concur to the relief sought in this motion.

                                  Respectfully Submitted,

                                  Sig Sauer, Inc.
                                  By Jackson Lewis P.C.

Date: October 24, 2017       By:   /s/ Martha Van Oot
                                         Martha Van Oot, NH Bar No. 963
                                         Samuel V. Maxwell, NH Bar No. 269007
                                         100 International Drive, Suite 363
                                         Portsmouth, NH 03801
                                         603.559.2700
                                         martha.vanoot@jacksonlewis.com
                                         samuel.maxwell@jacksonlewis.com

                                    Certificate of Service

    I hereby certify that the foregoing was served electronic transmission on counsel for plaintiff: John P. Sherman, Esq.

Date: October 24, 2017                  /s/ Martha Van Oot
                                         Martha Van Oot, NH Bar# 963