UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Patricia Hall-Cloutier,

      Plaintiff

v.                              Civil Case No. 1:17-cv-00491-LM

SIG SAUER, Inc.,

      Defendant

## NOTICE OF APPEARANCE OF COUNSEL

      To:     The Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as

counsel for:

**SIG SAUER, INC.**

Respectfully Submitted,

Date:  October 25, 2017         By:    /s/Debra Weiss Ford
                                         Debra Weiss Ford, NHBA #2687
                                         JACKSON LEWIS, P.C.
                                       100 International Drive, Suite 363
                                       Portsmouth, NH 03801
                                       603.559.2727 | Direct
                                       debra.ford@jacksonlewis.com

Certificate of Service

      I hereby certify that the foregoing was this day served via ECF on counsel for Plaintiff:
John P. Sherman, Esq., Sherman Law, PLLC, 155 Fleet Street, Portsmouth, NH, 03801.

Date:  October 25, 2017               /s/Debra Weiss Ford
                                         Debra Weiss Ford