UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Patricia Hall-Cloutier,
    Plaintiff

    v.                                                      Civil Case No. 1:17-cv-00491-LM

Sig Sauer, Inc.,
    Defendant

## DEFENDANT'S NOTICE OF INTENT TO REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Pursuant to LR 7.1(e)(2) Defendant, Sig Sauer, Inc. ("Sig Sauer"), by its attorneys, Jackson Lewis P.C., hereby notifies the Court and Plaintiff of its intent to reply to Plaintiff's Objection to Defendant's Motion to Compel Arbitration and Stay Proceedings.

                                            Respectfully Submitted,

                                            Sig Sauer, Inc.
                                            By its attorneys,
                                            Jackson Lewis P.C.,

Date: November 8, 2017        By:    /s/ Martha Van Oot
                                                    Martha Van Oot, NH Bar No. 963
                                                    Samuel V. Maxwell, NH Bar No. 269007
                                                     100 International Drive, Suite 363
                                                     Portsmouth, NH 03801
                                                     603.559.2700
                                                     martha.vanoot@jacksonlewis.com
                                                     samuel.maxwell@jacksonlewis.com

Certificate of Service

      I hereby certify that the foregoing was served via the Court's ECF system on John Sherman, counsel for the Plaintiff.

| | |
|---|---|
| Date: November 8, 2017 | /s/ Martha Van Oot |
| | Martha Van Oot |

4832-1713-2628, v. 1