UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Patricia Hall-Cloutier
Plaintiff(s)/United States

v.                                   Case No. 1:17-cv-491-LM

Sig Sauer, Inc.
Defendant(s)

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that John P. Sherman has changed the following information contained in the original ECF Registration Form:
Address: 111 Bow Street, Unit #2, Portsmouth, NH 03801

Date: 12/01/2017

/s/ John P. Sherman
John P. Sherman
12536
Sherman Law, PLLC
111 Bow Street, Unit #2
Portsmouth, NH 03801
603-570-4837
jsherman@johnshermanlaw.com

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing notice was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
Debra Weiss Ford debra.ford@jacksonlewis.com
Martha Van Oot vanootm@jacksonlewis.com
Samuel V. Maxwell samuel.maxwell@jacksonlewis.com

Conventionally Served:
[Name and Address of Non-Filing Users]

Date: 12/01/2017

/s/ John P. Sherman
John P. Sherman
12536
Sherman Law, PLLC
111 Bow Street, Unit #2
Portsmouth, NH 03801
603-570-4837
jsherman@johnshermanlaw.com